UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EARL WEAVER                                    CIVIL ACTION

VERSUS                                         NUMBER: 05-5476

N. BURL CAIN, WARDEN                           SECTION: "K"(5)


O R D E R

IT IS HEREBY ORDERED that the automatic referral to the Magistrate Judge is revoked and that the instant matter is TRANSFERRED to Section "C" for disposition.

New Orleans, Louisiana, this 16th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

JUL 17 2007

**TRANSFERRED TO**

**SECT. C**

___ Fee_____
___ Process_____
_X_ Dkt_____
___ CtRmDep_____
___ Doc. No_____